UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN DWAYNE FRAZIER, SR.

    Plaintiff,

v.

    Case No. 20-cv-11105
    Hon. Matthew F. Leitman

HEIDI WASHINGTON, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

    KINIKIA ESSIX
    CLERK OF COURT

    By:  s/Holly A. Ryan
          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 24, 2022
Detroit, Michigan

1